UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 24-04059
Jerome A Fitak )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

This matter coming before the court on the trustee's motion to dismiss, IT IS HEREBY ORDERED:

1. The motion is granted. The case is dismissed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 03, 2025

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)